IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN A. CAINE, :

    Plaintiff, :

vs. :

CIVIL ACTION 08-0417-M

MICHAEL J. ASTRUE, :
Commissioner of
Social Security, :

    Defendant. :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff John A. Caine.

DONE this 11th day of February, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE